978

ordered and decreed by the court that the decree of the Circuit Court appealed from herein be, and the same is, hereby affirmed.

STRUM, C.J., AND ELLIS AND BROWN, J.J., concur.

FRANK MARLEY, *Plaintiff in Error*, vs. STATE OF FLORIDA *Defendant in Error*.

Division B.

Decision filed February 25, 1931.

*E. L. Bryan*, for Plaintiff in Error;

*Fred H. Davis*, Attorney General, and *Roy Campbell*, Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND BUFORD, J.J., concur.

FRANK VALENTINE, *Plaintiff in Error*, vs. STATE OF FLORIDA, *Defendant in Error*.

Division B.

Decision filed February 25, 1931.

*Bart A. Riley* and *Herbert S. Sepler*, for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Criminal Court of Record be and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND BUFORD, J.J., concur.

HERMAN HEINLEIN and SADIE HEINLEIN, his wife, and FAIRHAVEN COMPANY, a Florida Corporation, *Appellants,* vs. MARION MORTGAGE COMPANY, a Florida Corporation, as Trustee, *Appellee.*

Division B.

Decision filed February 25, 1931.

*Gordan R. Broome* and *H. C. Nicholas,* for Appellants; *Redfearn & Ferrell,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Orders herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there are no errors in the said Orders; it is, therefore, considered, ordered and adjudged by the